**Order entered September 15, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00785-CV

## IN RE INFORM DIAGNOSTICS, INC. F/K/A MIRACA LIFE SCIENCE, INC., Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10190-J**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    LESLIE OSBORNE
JUSTICE